**Electronically Filed
Supreme Court
SCWC-30057
07-JUL-2011
08:33 AM**

NO. SCWC-30057

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AMERICAN HOME MORTGAGE SERVICING, INC.,
Respondent/Plaintiff-Appellee,

vs.

KIN-CHUNG ROCKY YEUNG, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30057; CIV. NO. 09-1-0816)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Kin-Chung Rocky Yeung's

application for writ of certiorari filed on June 6, 2011, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 7, 2011.

Kin-Chung Rocky Yeung,
pro se, on the application
and reply for petitioner/
defendant-appellant.

Paul Alston, J. Blaine
Rogers, and Robert J.
Martin, Jr. (Alston Hunt
Floyd & Ing) on the
response for respondent/
plaintiff-appellee.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.